# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :    No. 63 WAL 2017

Petitioner    :

:    Petition for Allowance of Appeal from
:    the Order of the Superior Court

v.    :

ETHAN STEWART KENNEY,    :

Respondent    :

## ORDER

**PER CURIAM**

     **AND NOW**, this 6th day of July, 2017, the Petition for Allowance of Appeal is **DENIED**.